IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBERT BATES, | : |
| *Plaintiff*, | : Case No. 1:23-cv-17 |
| vs. | : Judge Jeffery P. Hopkins |
| CASE MANAGER O'CONNOR, *et al.*, | : |
| *Defendants*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Stephanie K. Bowman on February 13, 2024. Doc. 25. The Magistrate Judge recommended that Plaintiff's motion for summary judgment (Doc. 19) be **DENIED** because Plaintiff has failed to establish that he is entitled to judgment as a matter of law pursuant to Fed. R. Civ. P. 56. The Magistrate Judge further recommended that Plaintiff's additional motion for summary judgment (Doc. 21) be **DENIED AS MOOT** given that the motion was intended for another federal civil action. The Court has reviewed Plaintiff's motions and the Report and Recommendation. The Court notes that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the fact of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No.

2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, it is hereby **ORDERED** that Plaintiff's motion for summary judgment (Doc. 19) be **DENIED** and that Plaintiff's additional motion for summary judgment (Doc. 21) be **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

Dated: July 23, 2024

Hon. Jeffery P. Hopkins
United States District Judge

2