**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

ROBERT BATES, :
:
*Plaintiff,* : Case No. 1:23-cv-17
:
vs. : Judge Jeffery P. Hopkins
:
CASE MANAGER O'CONNOR, *et al.*, :
:
*Defendant.* :
:

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 36) issued by Chief Magistrate Judge Stephanie K. Bowman on February 18, 2025. The Chief Magistrate Judge recommends that Defendants' motion for summary judgment (Doc. 27) be granted and that this case be closed. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, for the reasons set forth in the Report and Recommendation, Defendants' motion for summary judgment (Doc. 27) is **GRANTED**. The Clerk is therefore **DIRECTED** to enter judgment in favor of Defendants.

**IT IS SO ORDERED.**

Dated:  March 13, 2025

Hon. Jeffery P. Hopkins
United States District Judge